THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ELLWOOD M. RABENOLD, Appellant.

Argued January 19, 1942; decided March 5, 1942.

*Charles H. Tuttle* for appellant.

*Frank S. Hogan, District Attorney* (*Stanley H. Fuld, Whitman Knapp* and *Richard G. Denzer* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: FINCH, LEWIS, CONWAY and DESMOND, JJ. LEHMAN, Ch. J., LOUGHRAN and RIPPEY, JJ., dissent on the ground that sections 304 and 889 of the Penal Law cannot be stretched to cover the acts here charged against the defendant.